Winterbotham Parham Teeple, a PC
Michelle A. Marchisotto (SBN 181906)
12440 E. Imperial Highway, Suite 140
Norwalk, CA 90650
Telephone: (818) 226-3730
Facsimile: (818) 226-3737
Email: michelleam@4bankruptcy.com

Attorney for Debtor.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA –LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:13-bk-27839 WB |
| Lynn Renee Armand | Chapter 13 |
| Debtors. | VOLUNTARY WITHDRAWAL OF NOTICE OF MOTION AND MOTION TO VACATE DISMISSAL |
| | (No Hearing Required) |

    TO:    THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE, AND NANCY CURRY, CHAPTER 13 TRUSTEE; AND ALL INTERESTED PARTIES:

///

1  **NOTICE IS HEREBY GIVEN** that the Motion to Vacate Dismissal, filed on October 16, 2013,
2  docket number 25, is hereby voluntarily withdrawn.

Respectfully Submitted,
**WINTERBOTHAM PARHAM TEEPLE, A PC**

Dated: 10-18-2017

_____
Michelle A. Marchisotto
Attorney for Debtor(s)

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 20700 Ventura Blvd., Suite 130 Woodland Hills, CA 91364

A true and correct copy of the foregoing document described **Voluntary Withdrawal of Notice of Motion and Motion to Vacate Dismissal** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___10/21/13_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Nancy Curry — ecfnc@trustee13.com
United States Trustee — ustpregion16.la.ecf@usdoj.gov
James Hogan — customer.service.bk@americredit.com
Merdaud Jafarnia — bknotice@mccarthyholthus.com, mjafarnia@mccarthyholthus.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __10/21/13_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/21/13 | Ashley Wilkins | /s/ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009    F 9013-3.1

Lynn Renee Armand
4770 West Ave. J-5
Lancaster CA 93536

United States Bankruptcy Court
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

Nancy Curry
Chapter 13 Trustee
700 S. Flower Street, Suite 1215
Los Angeles, CA 90017


Aes
1200 N 7th St
Harrisburg PA 17102

American Medical Response
20101 Hamilton Avenue #300
Torrance CA 90502

Antelope Valley Hospital
PO Box 7001
Lancaster CA 93539


BP Law Group
4695 MacArthur Court, Suite 1100
Newport Beach, CA 92660-1866

Bay Area Credit Service
1000 Abernathy Rd
Atlanta GA 30328

BP Law Group
8815 Reasearch Drive
Irvine CA 92618


Cashcall Inc
Attn:Bankruptcy Department
1600 S Douglass Rd
Anaheim CA 92806

Cba Collection Bureau
Po Box 5013
Hayward CA 94540

Central Financial Control
Attention: Bankruptcy
Po Box 66044
Anaheim CA 92816


City of Lancaster
44933 N. Fern Avenue
Lancaster CA 93534

Cmre Financial Services Inc
3075 E Imperial Hwy Ste 200
Brea CA 92821

Coast Professional Inc
214 Exp Circle Ste 7
West Monroe LA 71292


Bank of America
PO Box 982238
El Paso, TX 79998-2238

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville FL 32256

ER Solutions
Po Box 9006
Renton WA 98057


Financial Corporation Of America
Attn: Bankruptcy
Po Box 203500
Austin TX 78720

Gm Financial
Po Box 181145
Arlington TX 76096

Grant & Weber
Attn: Bankruptcy
26575 W Agoura Rd
Calabasas CA 91302


Greater Cal Fin Svcs
Po Box 3470
Paso Robles CA 93447

Huntington Hospital
100 W. California Blvd.
Pasadena CA 91105

Innovat Collections
Po Box 3500
Tustin CA 92781


Lancaster Hospitalist Medical Group
43830 10th St W
Lancaster CA 93534

Midland Funding
8875 Aero Dr Ste 200
San Diego CA 92123

Nco Financial
Attention: Bankruptcy
507 Prudential Rd
Horsham PA 19044


Palmdale Medical Regional Center
38600 Medical Center Dr
Palmdale CA 93550

Palmdale Medical Regional Center
PO Box 31001-0827
Pasadena CA 91110

Select Portfolio Servicing
Po Box 65250
Salt Lake City UT 84165

| | | |
|---|---|---|
| PO Box 75906<br>St. Paul, MN 55175-0906 | Suntrust Bank<br>PO Box 85092<br>Mc Va-Wmrk-7952<br>Richmond VA 23286 | Superior Court<br>North District<br>42011 4th Street West<br>Lancaster CA 93534 |
| Time Warner<br>PO Box 60074<br>City of Industry CA 91716 | US Trustee<br>725 South Figueroa Street<br>Los Angeles CA 90017 | Verizon Ca<br>500 Technology Dr Suite 300<br>Weldon Spring MO 63304 |
| Wilmington Trust c/o<br>First Franklin<br>1935 International Way<br>Idaho Falls ID 83402 | Americredit<br>PO Box 183853<br>Arlington, TX 76096-3853 | BP Law Group<br>5230 Las Virgenes Road, Suite 150<br>Calabasas, CA 91302-3448 |
| PNC Bank, National Association<br>C/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607 | American Infosource LP as agent for Midland Funding<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | BP Law Group<br>15466 Ventura Blvd, Suite 301<br>Sherman Oaks, CA 91403-3082 |
| Direct TV, LLC<br>Attn: Bankruptcies<br>PO Box 6550<br>Greenwood Village, CO 80155-6550 | Sprint Nextel Correspondence<br>Attn: Bankruptcy Department<br>PO Box 7949<br>Overland Park, KS 66207-0949 | NXT Equities, Inc.<br>4120 Atlantic Avenue<br>Long Beach, CA 90807-2910 |
| Waldman Financial<br>Aka NXT Equitites, Inc.<br>904 Silver Spur Road, 429<br>Rolling Hills Estates, CA 90274-3800 | | |